# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| MARC POKEMPNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE ASSOCIATED PRESS & DAILY NEWS, L.P.,<br><br>　　　　Defendants. | Case No. 22-cv-03317<br><br>Honorable Ronald A. Guzman<br><br>Magistrate Judge Jeffrey T. Gilbert |

## NOTIFICATION OF AFFILIATES OF DEFENDANT THE ASSOCIATED PRESS

　　　　Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.2, defendant The Associated Press states that it has no affiliates as that term is defined in L.R. 3.2.

Dated: September 2, 2022

Respectfully submitted,

THE ASSOCIATED PRESS

By: /s/ Brendan J. Healey
　　One of its attorneys

Brendan J. Healey (ARDC #6243091)
Sharon R. Albrecht (ARDC #6288927)
Baron Harris Healey
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 741-1027
bhealey@bhhlawfirm.com
salbrecht@bhhlawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing has been served on September 2, 2022, via the Court's CM/ECF system, on all counsel of record who have consented to electronic service.

/s/ Brendan J. Healey